Charles M. Poplstein
cpoplstein@thompsoncoburn.com
THOMPSON COBURN LLP
One U.S. Bank Plaza, Suite 3500
St. Louis, MO 63101
Phone: (314) 552-6451
Fax: (314) 552-7451
Attorneys for Defendants

Gregory G. Petersen (SBN 77744)
CASTLE, PETERSEN AND KRAUSE, LLP
12791 Western Avenue, Suite J
Garden Grove, California 92841
Telephone: (714) 372-7600
Facsimile: (714) 372-7610
Attorneys for Morey Plaintiffs

Kirby D. Farris
FARRIS, RILEY & PITT, LLP
The Massey Building
2025 Third Avenue North, Suite 200
Birmingham, Al 35203
Telephone: (205) 324-1212
Facsimile: (205) 324-1255
Attorneys For Gaynor And Morey Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STARMED HEALTH PERSONNEL, INC. FAIR LABOR STANDARDS ACT LITIGATION. | CASE NO.  MDL 04-1601-R<br>CV 04-04523 – R<br>CV 04-04797 – R<br>CV 05-00825 – R<br>CV 05-00270 – R<br>CV 05-00415 – R<br><br>ASSIGNED TO THE HON. MANUEL REAL<br><br>**NOTICE OF SETTLEMENT SUBJECT TO COURT APPROVAL AND JOINT EX PARTE APPLICATION TO VACATE SCHEDULING ORDER** |

3337799.2

- 1 -

COME NOW, Plaintiffs Bonnie Morey, et al., by and through the undersigned counsel (hereinafter the "Morey Plaintiffs"), and Defendants StarMed Health Personnel, Inc., et al. (hereinafter "StarMed") and inform the court that the parties: (1) have reached an agreement on the terms to settle this lawsuit, (2) are in the process of obtaining final signatures and preparing a motion for approval of the settlements, and (3) believe that these settlements shall fully resolve all issues in this action.

Pursuant to the Court's most recent scheduling order, all motions were to be filed by April 17, 2006, and remand of these cases to their respective transferor districts was to be ordered five days after that date or after the resolution of any motions pending on that date. There is now pending before the Court an ex parte application to submit the terms of the settlement under seal. The parties contemplate filing an appropriate motion to the Court to approve the settlement after the Court rules on that motion to seal.

In light of the pending settlement, the parties to this lawsuit respectfully request by way of an agreed ex parte application:

(1) that the court issue an order permitting the parties to file an ex parte application for approval of settlement, and supporting papers; and

(2) that the court issue an order providing that the Court shall not remand this action at this time but shall consider the issue of remand after resolution of motion to approve settlement.

3337799.2

The parties believe that this approach will permit completion of settlement and full resolution of this case.

WHEREFORE, the parties respectfully request that the Court enter the attached Order.

DATED: April 17, 2006

THOMPSON COBURN LLP
Attorneys At Law

By: _____
Charles M. Poplstein, Esq.,
Attorneys for Defendants

CASTLE, PETERSEN & KRAUSE, LLP
Attorneys At Law

April 14, 2006

By: _____
Gregory Petersen, Esq.
Justin Jusuf, Esq.
Attorneys for Morey Plaintiffs.

FARRIS, RILEY & PITT, LLP
Attorneys At Law

APRIL 17, 2006

By: _____
Kirby Farris, Esq.
Attorneys for Gaynor & Morey Plaintiffs

3337799

- 3 -

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On **April 17, 2006**, I served a copy of the foregoing document(s) described as **NOTICE OF SETTLEMENT SUBJECT TO COURT APPROVAL AND JOINT EX PARTE APPLICATION TO VACATE SCHEDULING ORDER** on the interested parties in this action at their last known address as set forth below by taking the action described below:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with **FEDEX** in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by **FIRST LEGAL SUPPORT SERVICES** of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:__ __.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ **BY FAX:** Along with placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **April 17, 2006**, at Los Angeles, California.

_____
Phyllis Bryant

Mitchell Silberberg & Knupp LLP
0962470.3

1

## SERVICE LIST

Gregory Peterson, Esq.
Ted D. Conley, Esq.
Henry Hwang, Esq.
CASTLE, PETERSEN AND KRAUSE, LLP
4675 MacArthur Court, Suite 1250
Newport Beach, CA  92660
Fax: (949) 417-5610

John W. Haley, Esq.
HARE, WYNN, NEWELL & NEWTON
The Massey Building, Suite 800
2025 3rd Avenue North
Birmingham, AL  35203
Fax: (205) 324-2165

Kirby D. Farris, Esq.
Kenneth E. Riley
FARRIS, RILEY & PITT, LLP
The Massey Building, Suite 200
2025 3rd Avenue North
Birmingham, AL  35203
Fax: (205) 324-1255

John Gerhard Nece, Esq.
NECE & ALLEN
705 2nd Avenue, Suite 910
Seattle, WA  98104
Fax: (206) 621-7323

Mitchell
Silberberg &
Knupp LLP

0962470.3

1